848

No. 71–1571.   NOSSER ET AL. v. BRADLEY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 71–1575.   LEVINE v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 71–1576.   ANDREAS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–1578.   BERGER v. COLUMBIA BROADCASTING SYSTEM, INC.   C. A. 5th Cir.   Certiorari denied.

No. 71–1580.   CATALDO ET UX. v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 71–1589.   SINGER CO. v. GREENE.   C. A. 3d Cir. Certiorari denied.

No. 71–1590.   HAMLETT v. CONCO, INC.   C. A. 4th Cir.   Certiorari denied.

No. 71–1591.   WASHINGTON URBAN LEAGUE, INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL.   Ct. App. D. C.   Certiorari denied.

No. 71–1593.   ARONOW v. CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Santa Clara.   Certiorari denied.

No. 71–1594.   SALVAGGIO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–1595.   MIDDLEBROOKS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–1599.   COOK COUNTY COLLEGE TEACHERS UNION, LOCAL 1600, AMERICAN FEDERATION OF TEACHERS, AFL–CIO, ET AL. v. BYRD ET AL.   C. A. 7th Cir. Certiorari denied.